# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA,<br><br>          Petitioner,<br><br>    v.<br><br>BITER, Warden,<br><br>          Respondent. | Case No. CV 13-3967-RGK (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: July 29, 2013

                                      R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE